# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN GLENN RAYMOND

NO. 2024 KW 0306

**JUNE 3, 2024**

---

In Re: John Glenn Raymond, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 5603-F-2022.

---

**BEFORE: WELCH, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**JEW**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT